**97–106. State ex rel. Magyar v. McQuade.**
Erie App. No. E–96–045. This cause is pending before the court as an appeal from the Court of

Appeals for Erie County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.